ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ANA BIDO,                       :
                                :
          Plaintiff,            :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 5944 (RMB)
Commissioner of                 :
Social Security,                :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from December 21, 2007 to and including January 22, 2008.  This extension is requested to

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2007

permit the Social Security Administrative sufficient time to evaluate its litigation position in this case. One prior extension has been granted in this case.

Dated:  New York, New York
        December 10, 2007

                                      CHRISTOPHER JAMES BOWES, ESQ.
                                      Attorney for Plaintiff
                                      54 Cobblestone Drive
                                      Shoreham, New York  11786
                                      Telephone No.: (631) 929-1700

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2713

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
12/18/07