```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
ANA BIDO                           :
                                   :
                    Plaintiff,     :    07 Civ. 5944   (RMB)(HBP)
                                   :
     -against-                     :    SCHEDULING
                                   :    ORDER
MICHAEL J. ASTRUE, Commissioner of :
Social Security                    :
                                   :
                    Defendant.     :
                                   :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Plaintiff commenced this action on June 22, 2007 seeking review of a decision of the Social Security Administration denying benefits.  Defendant filed his answer on or about January 22, 2008.  However, to date, neither party has moved for judgment on the pleadings.

No later than May 27, 2008, counsel for both plaintiff and defendant are directed to serve and file their motions for judgment on the pleadings.

Dated:  New York, New York
        March 31, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Christopher James Bowes, Esq.
Center for Disability Advocacy Rights, Inc.
54 Coblestone Drive
Shoreham, New York 11786

Susan D. Baird, Esq.
Assistant United States Attorney
86 Chambers Street
3rd. Floor
New York, New York 10007