U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 5-28-08*

*86 Chambers Street*
*New York, New York 10007*

May 27, 2008

BY FAX
Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

APPLICATION GRANTED

SO ORDERED

*Henry Pitman signature*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
5-27-08

Re: Ana Bido v. Astrue
    07 CV 5944 (RMB)(HBP)

Dear Magistrate Judge Pitman:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request a thirty-day extension of the date for the submission of defendant's motion set forth in the Court's Order of March 31, 2008.

Pursuant to the Order, any motion for judgment on the pleadings shall be served and filed on or before today, May 27, 2008. This case was recently assigned to me, and because I have not yet completed my review of the administrative record, I respectfully request that the time in which to file and serve defendant's motion be extended by thirty days, to June 26, 2008. This is the government's first request for an adjournment of the briefing schedule. Plaintiff has kindly consented to this request.

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan signature*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

Enclosure
cc: Christopher J. Bowes, Esq.

TOTAL P.02