USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-08

**Christopher J. Bowes, Esq.**
54 Cobblestone Drive
Shoreham, New York 11786
Tel (212) 979-7575
Fax (631)-1700

July 21, 2008

**Via Facsimile**
Hon. Henry B. Pitman
Chief U.S. Magistrate Judge
500 Pearl Street
New York, NY 10007
(212) 805-6111

          RE:    Ana Bido v. Michael J. Astrue
                  07-Civ. 5944 (RMB)(HBP)

Dear Magistrate Pitman:

    I am writing on behalf of the parties in the above case to ask permission to file reply memorandums to the respective motions.

    On May 28, 2008, Your Honor endorsed a Scheduling Order directing the parties to file and serve their respective motions by June 26, 2008. Please note that plaintiff did file and serve her motion, however, the Clerk has not acknowledged the filing by plaintiff. I will make attempts to correct that omission today.

    The parties would like to file and serve reply memorandums in this case and ask permission to file and serve such papers by July 23, 2008.

    Your consideration of this request is appreciated.

                                               Respectfully submitted,

                                               Christopher J. Bowes, Esq.
                                               Attorney for Plaintiff

Cc:    AUSA Susan Branagan
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel. (212) 637-2804
        Fax (212) 637-2750

*APPLICATION GRANTED NUNC PRO TUNC*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-25-08